UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAMIAN BAEZ, and EDEL DUARTE,

    Plaintiffs,

v.                                Case No: 2:13-cv-898-FtM-38CM

A.R.T. PEST CONTROL SERVICES, INC.,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court upon review of the file. On June 26, 2014, the parties filed a Joint Report Regarding Settlement (Doc. #19), indicating that their settlement negotiations had reached an impasse and that they would file a Case Management Report within seven days. To date, the parties have not filed the Case Management Report. The Court, therefore, directs the parties to file the Case Management Report as outlined below.

Accordingly, it is now **ORDERED:**

The parties shall file a Case Management Report on or before **July 14, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.